IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-158-1BO

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | **ORDER** |
| v. | ) | **AMENDING JUDGMENT** |
| | ) | |
| HAROLD AUBREY OVERBY | ) | |

Upon unopposed motion of the Defendant and for good cause shown, the defendant's motion to Amend the Judgment is **GRANTED**. It is therefore ordered that the judgment previously imposed by this Court is amended as follows:

The Defendant shall serve the six months house arrest required in the original judgment on an intermittent basis as directed by his probation officer. The probation officer may allow the Defendant overnight travel, out of the Eastern District, for work purposes only, during which times the Defendant shall nonetheless be subject to a 6 p.m. to 6 a.m. curfew. Other than approved overnight travel for work purposes, the Defendant shall be on house arrest at his residence until he has intermittently served six months of house arrest. Except as herein modified, all other conditions of the original judgment shall remain in full force and effect.

SO ORDERED, this 2 day of February 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE